**Michael B. WILLIAMS; Lisa Williams; Beltway Paving Company, Incorporated; Beltway Truck & Tire, Incorporated, Plaintiffs–Appellants,**

v.

**Roy E. HANCOCK; Melvin C. Beall, Jr.; Marland Deen; County Commissioners of Charles County, Maryland, Defendants–Appellees.**

No. 00–2485.

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided July 27, 2001.

Shawn C. Whittaker, Silverman & Associates, Chartered, N. Bethesda, MD, for appellant. John F. Breads, Columbia, MD; John A. Buchanan, La Plata, MD, for appellees.

Before WILKINSON, Chief Judge, and WILKINS and LUTTIG, Circuit Judges.

PER CURIAM.

Michael B. Williams and related Appellants appeal the district court's order dismissing their civil action alleging claims under 42 U.S.C. § 1983. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Hancock,* No. CA–00–2221–PJM (D. Md. filed Oct 24, 2000; entered Oct. 25, 2000) (dismissing for reasons as stated in open court). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*